D. STRAUSS CO., INC., ET AL. *v.* UNITED STATES

No. 6548.—Invoices dated Nottingham, England, April 30, 1946, etc.
Certified May 2, 1946, etc.
Entered at New York, N. Y., May 22, 1946, etc.
Entry No. 762459, etc.

(Decided November 25, 1946)

*Fred Bennett* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

TILSON, Judge: The appeals listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation:

It is hereby stipulated and agreed, subject to the approval of the court, that the issues in the appeals for reappraisement listed in the attached schedule are the same in all material respects as the issues decided in *United States* v. *Wm. S. Pitcairn Corp.*, Suit No. 4513, C. A. D. 334, and that the record in said case may be incorporated herein.

Accepting the above stipulation as a statement of fact, and following the cited authority, I find and hold the proper dutiable export values of the merchandise covered by said appeals to be the values found by the appraiser, less any additions made by the importers on entry to meet advances made by the appraiser in similar cases then pending on appeal. Judgment will be rendered accordingly.

METASCO TRADING CORP., GLOBE SHIPPING CO., INC., ET AL. *v.* UNITED STATES

No. 6549.—Invoices dated London, England, January 16, 1946, etc.
Certified January 17, 1946, etc.
Entered at New York, N. Y., February 21, 1946, etc.
Entry No. 740093, etc.

(Decided November 25, 1946)

*John D. Rode* for the plaintiffs.
*Paul P. Rao*, Assistant Attorney General, for the defendant.

CLINE, Judge: The appeals for reappraisement listed in schedule A, hereto attached and made a part hereof, have been submitted for decision upon the following stipulation of counsel for the parties hereto:
(Stipulation omitted.)

On the agreed facts I find the export value as that value is defined in section 402 (d) of the Tariff Act of 1930, to be the proper basis for the determination of the value of the merchandise here involved, and that such values are the appraised values, less the additions made by the importers on entry because of advances by the appraiser in similar cases.

Judgment will be rendered accordingly.